January 17, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

M.B. "BENNY" DANESHJOU, INDIVIDUALLY AND AS THE REPRESENTATIVE OF DANESHJOU COMPANY, INC., Appellant

NO. 14-11-00804-CV                    V.

ROBERT H. BATEMAN AND BATEMAN/PUGH, PLLC, Appellees

_____

This cause, an appeal from the judgment signed June 15, 2011 in favor of appellees Robert H. Bateman and Bateman/Pugh, PLLC, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, M.B. "Benny" Daneshjou, individually and as the representative of Daneshjou Company, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.